UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

I.B.E.W. LOCAL 241 PENSION FUND, by Todd Bruer and George Denmark, as Trustees; I.B.E.W. LOCAL 241 WELFARE BENEFITS FUND, by Todd Bruer and George Denmark, as Trustees; I.B.E.W. LOCAL NO. 241 ANNUITY FUND, by Todd Bruer and George Denmark, as Trustees; ITHACA ELECTRICAL JOINT EDUCATIONAL AND TRAINING TRUST FUND, by Todd Bruer and George Denmark, as Trustees; LOCAL UNION NO. 241 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS AND EMPLOYERS COOPERATIVE TRUST, by Todd Bruer and George Denmark, as Trustees; and LOCAL NO. 241, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, by Todd Bruer, Business Manager,

                              Plaintiffs,

- against –

LINKIN SYSTEMS, LLC. and JEREMY BUTLER, INDIVIDUALLY

                              Defendants.

Civil Action No.
3:19-cv-1043
(GTS/ML)

---

## SATISFACTION OF STIPULATED JUDGMENT

**WHEREAS,** on February 20, 2020, Plaintiffs I.B.E.W. Local 241 Pension Fund, I.B.E.W. Local 241 Welfare Benefits Fund, I.B.E.W. Local No. 241 Annuity Fund, Ithaca Electrical Joint Educational and Training Trust Fund ["Funds"] together with the International Brotherhood of Electrical Workers, Local Unions No. 241 ["Union"] recovered a stipulated order and judgment against Defendants Linkin Systems, LLC, together with Jeremy Butler, individually, in the amount of $43,905.98 [Docket No. 26]; and

**WHEREAS,** on November 17, 2020, the Fund received the final payment from the Defendants / Judgment Debtors in full satisfaction of this Judgment; and

{B0175274.1}

WHEREAS, said stipulated judgment has been fully satisfied.

THEREFORE, satisfaction of said stipulated judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to note the same pursuant to Rule 69(a) of the Federal Rules of Civil Procedure as well as Section 5020 of New York State's Civil Practice Law and Rules.

DATED: November 24, 2020

BLITMAN & KING, LLP

By: _____
Daniel Kornfeld, of Counsel
Bar Roll No.: 512729
Attorneys for the Plaintiffs / Judgment Creditors
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13214
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

STATE OF NEW YORK      )
COUNTY OF ONONDAGA ) ss.

On the 24th day of November, 2020, Daniel Kornfeld personally appeared before me; fully known to me as a partner with the law firm of Blitman & King LLP, and to me known to be the person described in and who executed the foregoing instrument in the firm name of Blitman & King LLP, and he acknowledged that he executed the same as the act and deed of said firm, Blitman & King LLP, for the uses and purposes therein mentioned.

_____
Notary Public

RACHEL STOLAR
Notary Public, State of New York
Registration No. 01ST6140025
Qualified in Oswego County
Commission Expires January 17, 2022

IT IS SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 11/24/2020
       Syracuse, NY

{B0175274.1}

2